[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13996
Non-Argument Calendar
_____

D.C. Docket No. 5:14-cv-00035-WTH-PRL

LLEWELLEN FERNANDO SMITH,
a.k.a. Llewelen F. Smith,

Petitioner-Appellant,

versus

WARDEN, FCC COLEMAN - LOW,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 28, 2017)

Before ED CARNES, Chief Judge, JULIE CARNES and JILL PRYOR, Circuit
Judges.

PER CURIAM:

Leland H. Kynes, appointed counsel on appeal for Llewellen F. Smith in this appeal from the dismissal of Smith's 28 U.S.C. § 2241 habeas petition, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the dismissal of Smith's § 2241 petition is **AFFIRMED**.